**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

In re:                                    §      Case No. 10-29063
                                          §
RALPH J. GILBERT                          §
                                          §
                                          §
              Debtor                      §

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on
    06/29/2010.  The undersigned trustee was appointed on 06/29/2010.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the
    debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be
    abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report
    showing the disposition of all property of the estate is attached as **Exhibit A**.

4.       The trustee realized gross receipts of                          $113,210.81

              Funds were disbursed in the following amounts:

              Payments made under an interim distribution            $0.00
              Administrative expenses                            $4,158.54
              Bank service fees                                  $1,098.38
              Other Payments to creditors                            $0.00
              Non-estate funds paid to 3rd Parties                   $0.00
              Exemptions paid to the debtor                          $0.00
              Other payments to the debtor                           $0.00

              Leaving a balance on hand of[1]                   $107,953.89

       The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be
distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum
compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was 01/07/2011 and the deadline for filing government claims was 01/07/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,910.54.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,910.54, for a total compensation of $8,910.54[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/19/2012                    By:    /s/ Horace Fox, Jr.
                                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| Case No.: | 10-29063 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GILBERT, RALPH J. | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| For the Period Ending: | 3/19/2012 | §341(a) Meeting Date: | 08/31/2010 |
| | | Claims Bar Date: | 01/07/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Cash | $1.00 | $1.00 | DA | $0.00 | FA |
| 2 | Ordinary assortment of household goods | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 3 | Ordinary assortment of books, pictures and artwork | $500.00 | $500.00 | DA | $0.00 | FA |
| 4 | Ordinary assortment of men's wearing apparel | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | Ordinary assortment of men's jewelry | $250.00 | $250.00 | DA | $0.00 | FA |
| 6 | Chicago- Tree House 1.3888890% Limited partnership interest - value unknown, substantial capital gains liability if sold | Unknown | $0.00 | DA | $0.00 | FA |
| 7 | Pensacola FL 1.6320550% Limited partnership interest - value unknown - substantial capital gains liability if sold | Unknown | $0.00 | DA | $0.00 | FA |
| 8 | Windsor Venture 2.0652% Limited partnership interest - value unknown - substantial capital gains liability if sold | Unknown | $0.00 | DA | $0.00 | FA |
| 9 | Ralph Gilbert 2004 Trust Account xxxx7931 at Barrington Bank & Trust | $67,995.00 | $63,995.00 | | $64,000.00 | FA |
| 10 | Deferred fee sharing arrangement with Baker & McKenzie - value varies based on fees earned from debtor's clients for year end 6/30 | Unknown | $44,574.00 | | $44,574.00 | FA |
| **Asset Notes:** | It is income. He gets 85% estate gets 15%. | | | | | |
| 11 | 2000 BMW 740 iL 103,000 miles - value per Kelly's | $9,580.00 | $7,180.00 | | $2,300.00 | FA |
| **Asset Notes:** | vehicle worth less than scheduled | | | | | |
| 12 | 2004 Honda Odyssey 96,000 miles - per Kelly's | $8,100.00 | $8,100.00 | | $2,300.00 | FA |
| INT | Interest Earned                                    (u) | Unknown | Unknown | | $36.81 | Unknown |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$89,426.00          $126,600.00          $113,210.81          $0.00

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   2                    Exhibit A

| Case No.: | 10-29063 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GILBERT, RALPH J. | | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| For the Period Ending: | 3/19/2012 | | §341(a) Meeting Date: | 08/31/2010 |
| | | | Claims Bar Date: | 01/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

08/13/2010   Received the non-exempt trust proceeds, need value of honda (8100) and value of wages that debtor draws from firm based on business that came in last hear.

File asset report adjourn meeting.  10.07.10  Settle on figure for cars, get approval.

Spoke to Joe Baldi re remaining funds to be paid to the estate. tor's former employer.  There will be another distribution from deb Set of call to discuss details and approval of auto settlements 1.11.11.

01/28/2011   Spoke to Joe Baldi about debtor buying the estate's interest in the 2 vehicles. 1.28.2011

08/12/2011   Motion to settle issue of autos in court 8.23.11 for $8,505.00

09/29/2011   Ava Wynn 2009 tax year liability  916-845-6016 Franchise Tax Board claim.9.29.11  There are two more payments on debtors' instalment payments and an accountant is needed. 12.8.11

Need to determine whether debtor properly made the half year income tax filing election.  1.20.12

Exchanged e-mails with accountant, attorney and debtor's attorney, Joe Baldi on tax issue. 2.12.

Final report to UST 3.7.12

| Initial Projected Date Of Final Report (TFR): | 03/31/2012 | Current Projected Date Of Final Report (TFR): | 03/15/2012 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-29063 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GILBERT, RALPH J. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1802 | | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/19/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $100,048.49 | | $100,048.49 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $36.45 | $100,012.04 |
| 08/17/2011 | (10) | Ralph J. Gilbert | Deferred fee between debtor and former Employer. Final fee split coving the months of April- June 2011. | 1121-000 | $8,505.00 | | $108,517.04 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $167.14 | $108,349.90 |
| 09/08/2011 | | Ralph J. Gilbert | Allocated fee between the 2000 BMW and 2004 Honda. | * | $4,600.00 | | $112,949.90 |
| | {11} | | $2,300.00 | 1129-000 | | | $112,949.90 |
| | {12} | | $2,300.00 | 1129-000 | | | $112,949.90 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $186.23 | $112,763.67 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $170.22 | $112,593.45 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $175.83 | $112,417.62 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $181.40 | $112,236.22 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $181.11 | $112,055.11 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $108.22 | $111,946.89 |
| 02/24/2012 | 5002 | Illinois Department of Revenue | Taxes for 2011 | 2820-000 | | $1,463.00 | $110,483.89 |
| 02/24/2012 | 5003 | Department of Tresury | Taxes for 2011 | 2810-000 | | $2,530.00 | $107,953.89 |

|  |  | SUBTOTALS | $113,153.49 | $5,199.60 |
|---|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-29063 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GILBERT, RALPH J. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1802 | | | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 6/29/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/19/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $113,153.49 | $5,199.60 | $107,953.89 |
| | | | **Less: Bank transfers/CDs** | | $100,048.49 | $0.00 | |
| | | | **Subtotal** | | $13,105.00 | $5,199.60 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $13,105.00 | $5,199.60 | |

| For the period of  6/29/2010 to 3/19/2012 | | For the entire history of the account between 07/25/2011 to 3/19/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,105.00 | Total Compensable Receipts: | $13,105.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,105.00 | Total Comp/Non Comp Receipts: | $13,105.00 |
| Total Internal/Transfer Receipts: | $100,048.49 | Total Internal/Transfer Receipts: | $100,048.49 |
| | | | |
| Total Compensable Disbursements: | $5,199.60 | Total Compensable Disbursements: | $5,199.60 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $5,199.60 | Total Comp/Non Comp  Disbursements: | $5,199.60 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-29063 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GILBERT, RALPH J. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1802 | | Checking Acct #: | ******9063 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/19/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******9063 | Transfer For Bond Payment | 9999-000 | $57.32 | | $57.32 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $57.32 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $57.32 | $57.32 | $0.00 |
| **Less: Bank transfers/CDs** | $57.32 | $0.00 | |
| **Subtotal** | $0.00 | $57.32 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $57.32 | |

| **For the period of 6/29/2010 to 3/19/2012** | | **For the entire history of the account between 02/17/2011 to 3/19/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $57.32 | Total Internal/Transfer Receipts: | $57.32 |
| | | | |
| Total Compensable Disbursements: | $57.32 | Total Compensable Disbursements: | $57.32 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $57.32 | Total Comp/Non Comp Disbursements: | $57.32 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 4     Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 10-29063 | |
| Case Name: | GILBERT, RALPH J. | |
| Primary Taxpayer ID #: | ******1802 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/29/2010 | |
| For Period Ending: | 3/19/2012 | |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | STERLING BANK |
| Money Market Acct #: | ******9063 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/05/2010 | (9) | Ralph Gilbert Trust | non-exempt assets, Ralfph Gilbert Trust | 1129-000 | $64,000.00 | | $64,000.00 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.93 | | $64,001.93 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.63 | | $64,004.56 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.72 | | $64,007.28 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.63 | | $64,009.91 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.72 | | $64,012.63 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.72 | | $64,015.35 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.46 | | $64,017.81 |
| 03/01/2011 | (10) | Ralph Gilbert | Deferred fee income from July, August, September, and October 2010. | 1121-000 | $18,045.00 | | $82,062.81 |
| 03/01/2011 | (10) | Ralph Gilbert | Deferred fee income for November and December 2010. | 1121-000 | $9,519.00 | | $91,581.81 |
| 03/02/2011 | | Transfer To  # ******9063 | Transfer For Bond Payment | 9999-000 | | $57.32 | $91,524.49 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $3.81 | | $91,528.30 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $3.76 | | $91,532.06 |
| 05/18/2011 | (10) | Ralph J. Gilbert | Deferred Fee income from former employer, Baker & McKenzie | 1121-000 | $8,505.00 | | $100,037.06 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $4.03 | | $100,041.09 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $4.11 | | $100,045.20 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $3.29 | | $100,048.49 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $100,048.49 | $0.00 |
| | | | **SUBTOTALS** | | $100,105.81 | $100,105.81 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-29063 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GILBERT, RALPH J. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1802 | | Money Market Acct #: | ******9063 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/19/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $100,105.81 | $100,105.81 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $100,105.81 | |
| | | | **Subtotal** | | $100,105.81 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $100,105.81 | $0.00 | |

| For the period of 6/29/2010 to 3/19/2012 | | For the entire history of the account between 08/05/2010 to 3/19/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $100,105.81 | Total Compensable Receipts: | $100,105.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,105.81 | Total Comp/Non Comp Receipts: | $100,105.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $100,105.81 | Total Internal/Transfer Disbursements: | $100,105.81 |

Page No:  6          Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 10-29063 | |
| Case Name: | GILBERT, RALPH J. | |
| Primary Taxpayer ID #: | ******1802 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/29/2010 | |
| For Period Ending: | 3/19/2012 | |

| | | |
|---|---|---|
| Trustee Name: | Horace Fox, Jr. | |
| Bank Name: | STERLING BANK | |
| Money Market Acct #: | ******9063 | |
| Account Title: | | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $113,210.81 | $5,256.92 | $107,953.89 |

| For the period of 6/29/2010 to 3/19/2012 | | For the entire history of the case between 06/29/2010 to 3/19/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $113,210.81 | Total Compensable Receipts: | $113,210.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $113,210.81 | Total Comp/Non Comp Receipts: | $113,210.81 |
| Total Internal/Transfer Receipts: | $100,105.81 | Total Internal/Transfer Receipts: | $100,105.81 |
| | | | |
| Total Compensable Disbursements: | $5,256.92 | Total Compensable Disbursements: | $5,256.92 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,256.92 | Total Comp/Non Comp Disbursements: | $5,256.92 |
| Total Internal/Transfer Disbursements: | $100,105.81 | Total Internal/Transfer Disbursements: | $100,105.81 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

Case 10-29063   Doc 32   Filed 03/20/12   Entered 03/20/12 10:51:06   Desc Main
CLAIM ANALYSIS REPORT

Page No: 1      Exhibit C

| Case No. | 10-29063 | | | | | | Trustee Name: | Horace Fox, Jr. | | | | |
| Case Name: | GILBERT, RALPH J. | | | | | | Date: | 3/19/2012 | | | | |
| Claims Bar Date: | 01/07/2011 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe Suite 1004 Chicago IL 60603 | 08/11/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $8,910.54 | $8,910.54 | $0.00 | $0.00 | $0.00 | $8,910.54 |
| | BRUCE DE 'MEDICI Belongia Shapiro & Franklin LLP Two First Financial Plaza 20 S. Clark, #300 Chicago IL 60603 | 09/10/2011 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $3,230.00 | $3,230.00 | $0.00 | $0.00 | $0.00 | $3,230.00 |
| | POPOWCER KATTEN LTD 35 East Wacker #1550 Chicago IL 60601 | 11/29/2011 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,280.00 | $1,280.00 | $0.00 | $0.00 | $0.00 | $1,280.00 |
| 1 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 10/24/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $40,474.61 | $40,474.61 | $0.00 | $0.00 | $0.00 | $40,474.61 |
| 2 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 10/24/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $95,824.03 | $95,824.03 | $0.00 | $0.00 | $0.00 | $95,824.03 |
| 3 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 11/12/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $60.12 | $60.12 | $0.00 | $0.00 | $0.00 | $60.12 |
| 3a | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 11/12/2010 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $502.03 | $502.03 | $0.00 | $0.00 | $0.00 | $502.03 |
| 4 | DEPARTMENT OF THE TREASURY-IRS Internal Revenue Service POB 21126 Philadelphia PA 19114 | 11/22/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,301.97 | $4,301.97 | $0.00 | $0.00 | $0.00 | $4,301.97 |

CLAIM ANALYSIS REPORT

Page No: 2

Exhibit C

| Case No.: | 10-29063 | | | | | | Trustee Name: | Horace Fox, Jr. | | | | |
| Case Name: | GILBERT, RALPH J. | | | | | | Date: | 3/19/2012 | | | | |
| Claims Bar Date: | 01/07/2011 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | DEPARTMENT OF THE TREASURY-IRS<br><br>Internal Revenue Service POB 21126 Philadelphia PA 19114 | 11/22/2010 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $69,970.71 | $69,970.71 | $0.00 | $0.00 | $0.00 | $69,970.71 |
| 5 | FRANCHISE TAX BOARD Bankruptcy Section MS A340 PO Box 2952 Sacramento CA 942400040 | 11/29/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $266.44 | $266.44 | $0.00 | $0.00 | $0.00 | $266.44 |
| 5a | FRANCHISE TAX BOARD<br><br>Bankruptcy Section MS A340 PO Box 2952 Sacramento CA 942400040 | 11/29/2010 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $4,175.13 | $4,175.13 | $0.00 | $0.00 | $0.00 | $4,175.13 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City OK 731248809 | 01/03/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $94,373.54 | $94,373.54 | $0.00 | $0.00 | $0.00 | $94,373.54 |
| 7 | BURTON W. WIAND, AS RECEIVER Gianluca Morello, Esq. 3000 Bay Port Drive, Suite 600 Tampa FL 33607 | 01/06/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $745,865.80 | $745,865.80 | $0.00 | $0.00 | $0.00 | $745,865.80 |
| **Claim Notes:** | Would be burdensome for the estate to object to this claim, which may require litigating in the District Court. | | | | | | | | | | | |
| 8 | DEPT OF THE TREASURY Cincinnati OH 45999 | 02/25/2012 | Income Taxes - Internal Revenue Ser | Allowed | 2810-000 | $0.00 | $2,530.00 | $2,530.00 | $2,530.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | 2011 1041,$2481.00 tax, 49.00 interest and penalty | | | | | | | | | | | |
| 9 | ILLINOIS DEPT OF REVENUE POB 19503 Springfield IL 62794 | 02/25/2012 | Other State or Local Taxes (post-petition) | Allowed | 2820-000 | $0.00 | $1,463.00 | $1,463.00 | $1,463.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | IL 1041 V 1343 taxes and 120.00 penalty and interest. | | | | | | | | | | | |
| | | | | | | | $1,073,227.92 | $1,073,227.92 | $3,993.00 | $0.00 | $0.00 | $1,069,234.92 |

CLAIM ANALYSIS REPORT    Page No:  3    Exhibit C

| | |
|---|---|
| **Case No.** 10-29063 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** GILBERT, RALPH J. | **Date:** 3/19/2012 |
| **Claims Bar Date:** 01/07/2011 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,280.00 | $1,280.00 | $0.00 | $0.00 | $0.00 | $1,280.00 |
| Attorney for Trustee Fees (Other Firm) | $3,230.00 | $3,230.00 | $0.00 | $0.00 | $0.00 | $3,230.00 |
| Claims of Governmental Units - 507( | $74,647.87 | $74,647.87 | $0.00 | $0.00 | $0.00 | $74,647.87 |
| General Unsecured 726(a)(2) | $981,166.51 | $981,166.51 | $0.00 | $0.00 | $0.00 | $981,166.51 |
| Income Taxes - Internal Revenue Ser | $2,530.00 | $2,530.00 | $2,530.00 | $0.00 | $0.00 | $0.00 |
| Other State or Local Taxes (post-petition) | $1,463.00 | $1,463.00 | $1,463.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $8,910.54 | $8,910.54 | $0.00 | $0.00 | $0.00 | $8,910.54 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      10-29063
Case Name:    RALPH J. GILBERT
Trustee Name:  Horace Fox, Jr.

Balance on hand:  _____  $107,953.89

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  _____  $0.00
Remaining balance:  _____  $107,953.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $8,910.54 | $0.00 | $8,910.54 |
| Bruce de 'Medici, Attorney for Trustee Fees | $3,230.00 | $0.00 | $3,230.00 |
| Popowcer Katten LTD, Accountant for Trustee Fees | $1,280.00 | $0.00 | $1,280.00 |

Total to be paid for chapter 7 administrative expenses:  _____  $13,420.54
Remaining balance:  _____  $94,533.35

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:  _____  $0.00
Remaining balance:  _____  $94,533.35

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $74,647.87 must be paid in advance of any dividend to general (unsecured)
creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3a | Illinois Department of Revenue | $502.03 | $0.00 | $502.03 |

| | | | | |
|---|---|---|---|---|
| 4a | Department of the Treasury-IRS | $69,970.71 | $0.00 | $69,970.71 |
| 5a | Franchise Tax Board | $4,175.13 | $0.00 | $4,175.13 |

Total to be paid to priority claims:                     $74,647.87
Remaining balance:                     $19,885.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $981,166.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $40,474.61 | $0.00 | $820.30 |
| 2 | Chase Bank USA, N.A. | $95,824.03 | $0.00 | $1,942.08 |
| 3 | Illinois Department of Revenue | $60.12 | $0.00 | $1.22 |
| 4 | Department of the Treasury-IRS | $4,301.97 | $0.00 | $87.19 |
| 5 | Franchise Tax Board | $266.44 | $0.00 | $5.40 |
| 6 | Fia Card Services, NA/Bank of America | $94,373.54 | $0.00 | $1,912.69 |
| 7 | Burton W. Wiand, as Receiver | $745,865.80 | $0.00 | $15,116.60 |

Total to be paid to timely general unsecured claims:                     $19,885.48
Remaining balance:                     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:                     $0.00
Remaining balance:                     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:          $0.00
Remaining balance:          $0.00