**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-29063 |
| | § | |
| RALPH J. GILBERT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 4/17/2012, in Courtroom 642, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/20/2012         By: /s/ Horace Fox, Jr.
                                     (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

In re: § Case No. 10-29063
§
RALPH J. GILBERT §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $113,210.81
*and approved disbursements of* $5,256.92
*leaving a balance on hand of[1]:* $107,953.89

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $107,953.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $8,910.54 | $0.00 | $8,910.54 |
| Bruce de 'Medici, Attorney for Trustee Fees | $3,230.00 | $0.00 | $3,230.00 |
| Popowcer Katten LTD, Accountant for Trustee Fees | $1,280.00 | $0.00 | $1,280.00 |

Total to be paid for chapter 7 administrative expenses: $13,420.54
Remaining balance: $94,533.35

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $94,533.35 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $74,647.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3a | Illinois Department of Revenue | $502.03 | $0.00 | $502.03 |
| 4a | Department of the Treasury-IRS | $69,970.71 | $0.00 | $69,970.71 |
| 5a | Franchise Tax Board | $4,175.13 | $0.00 | $4,175.13 |

|  | Total to be paid to priority claims: | $74,647.87 |
|---|---:|---:|
|  | Remaining balance: | $19,885.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $981,166.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $40,474.61 | $0.00 | $820.30 |
| 2 | Chase Bank USA, N.A. | $95,824.03 | $0.00 | $1,942.08 |
| 3 | Illinois Department of Revenue | $60.12 | $0.00 | $1.22 |
| 4 | Department of the Treasury-IRS | $4,301.97 | $0.00 | $87.19 |
| 5 | Franchise Tax Board | $266.44 | $0.00 | $5.40 |
| 6 | Fia Card Services, NA/Bank of America | $94,373.54 | $0.00 | $1,912.69 |
| 7 | Burton W. Wiand, as Receiver | $745,865.80 | $0.00 | $15,116.60 |

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $19,885.48 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 10-29063-SPS
Ralph J. Gilbert                                                        Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: pseamann              Page 1 of 2                  Date Rcvd: Mar 21, 2012
                               Form ID: pdf006             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2012.
db           +Ralph J. Gilbert,    347 Shoreline Road,    Lake Barrington, IL 60010-1627
15780516      Bank of America,    c/o AAA Financial Services,    P.O. Box 851001,    Dallas, TX 75285-1001
15780517     +Bernard Press,    c/o Louis M. Pissios, Esq.,    9 S. County Street,    Waukegan, IL 60085-5587
15780518     +Burton W. Wiand, as Receiver,    Gianluca Morello, Esq.,    3000 Bay Port Drive, Suite 600,
               Tampa, FL 33607-8410
15780519     +Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
15780520     +Chase,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
16318876      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15780527     +Franchise Tax Board,    Bankruptcy Section MS A340,    PO Box 2952,    Sacramento, CA 95812-2952
15780521     +Green Tree Acceptance,    PO Box 6172,    Rapid City, SD 57709-6172
15780522    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court:  Illinois Department of Revenue,    100 W. Randolph,
               Bankruptcy Section L 7-425,    Chicago, IL 60602)
16413391      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
15780524     +John Martison,    620 Clearlake Terrace,    Roswell, GA 30076-3225
15780528      New York State Dept,    of Taxation and Finance,    PO Box 5300,    Albany, NY 12205-0300
15780526     +Nissan Infiniti,    PO Box 660366,    Dallas, TX 75266-0366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16628457       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 22 2012 02:59:47
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
15780523       E-mail/Text: cio.bncmail@irs.gov Mar 22 2012 01:26:53     Department of the Treasury-IRS,
                Internal Revenue Service,    POB 21126,    Philadelphia PA 19114
15780525     +E-mail/Text: mdor.bkysec@state.mn.us Mar 22 2012 01:47:37     Minnesota Dept of Revenue,
                600 N. Robert St.,    Saint Paul, MN 55101-2228
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: pseamann            Page 2 of 2            Date Rcvd: Mar 21, 2012
                              Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2012 at the address(es) listed below:
              Bruce E de'Medici    on behalf of Accountant Lois West bdemedici@gmail.com
              Horace  Fox    foxhorace@aol.com,  hf@trustesolutions.net;hf@trustesolutions.com
              Joseph A Baldi    on behalf of Debtor Ralph Gilbert jabaldi@baldiberg.com,
               jabaldi@ameritech.net;jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4