**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-29063 |
| | § | |
| RALPH J. GILBERT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,751.00 | Assets Exempt: | $7,400.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $94,533.35 | Claims Discharged Without Payment: | $1,392,056.03 |
| Total Expenses of Administration: | $18,677.46 | | |

3)  Total gross receipts of $113,210.81 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $113,210.81 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $18,677.46 | $18,677.46 | $18,677.46 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $81,200.00 | $74,647.87 | $74,647.87 | $74,647.87 |
| General Unsecured Claims (from **Exhibit 7**) | $1,217,626.91 | $981,166.51 | $981,166.51 | $19,885.48 |
| **Total Disbursements** | $1,298,826.91 | $1,074,491.84 | $1,074,491.84 | $113,210.81 |

4). This case was originally filed under chapter 7 on 06/29/2010. The case was pending for 27 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2012     By:  /s/ Horace Fox, Jr.
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Deferred fee sharing arrangement with Baker & McKenzie - value varies based on fees earned from debtor's clients for year end 6/30 | 1121-000 | $44,574.00 |
| 2000 BMW 740 iL 103,000 miles - value per Kelly's | 1129-000 | $2,300.00 |
| 2004 Honda Odyssey 96,000 miles - per Kelly's | 1129-000 | $2,300.00 |
| Ralph Gilbert 2004 Trust Account xxxx7931 at Barrington Bank & Trust | 1129-000 | $64,000.00 |
| Interest Earned | 1270-000 | $36.81 |
| **TOTAL GROSS RECEIPTS** | | **$113,210.81** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $8,910.54 | $8,910.54 | $8,910.54 |
| International Sureties, Ltd. | 2300-000 | NA | $165.54 | $165.54 | $165.54 |
| Green Bank | 2600-000 | NA | $1,098.38 | $1,098.38 | $1,098.38 |
| Department of Tresury | 2810-000 | NA | $2,530.00 | $2,530.00 | $2,530.00 |
| Illinois Department of Revenue | 2820-000 | NA | $1,463.00 | $1,463.00 | $1,463.00 |
| Belongia Shapiro & Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $3,230.00 | $3,230.00 | $3,230.00 |
| Popowcer Katten LTD, Accountant for Trustee | 3410-000 | NA | $1,280.00 | $1,280.00 | $1,280.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$18,677.46** | **$18,677.46** | **$18,677.46** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3a | Illinois Department of Revenue | 5800-000 | $500.00 | $502.03 | $502.03 | $502.03 |
| 4a | Department of the Treasury-IRS | 5800-000 | $72,000.00 | $69,970.71 | $69,970.71 | $69,970.71 |
| 5a | Franchise Tax Board | 5800-000 | $5,000.00 | $4,175.13 | $4,175.13 | $4,175.13 |
|  | Minnesota Dept of Revenue | 5800-000 | $700.00 | NA | NA | $0.00 |
|  | State of New York Dept. of Taxation | 5800-000 | $3,000.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $81,200.00 | $74,647.87 | $74,647.87 | $74,647.87 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | $39,616.00 | $40,474.61 | $40,474.61 | $820.30 |
| 2 | Chase Bank USA, N.A. | 7100-000 | $93,426.00 | $95,824.03 | $95,824.03 | $1,942.08 |
| 3 | Illinois Department of Revenue | 7100-000 | NA | $60.12 | $60.12 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 3; Illinois Department of Revenue) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.22 |
| 4 | Department of the Treasury-IRS | 7100-000 | NA | $4,301.97 | $4,301.97 | $87.19 |
| 5 | Franchise Tax Board | 7100-000 | NA | $266.44 | $266.44 | $5.40 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | $94,373.00 | $94,373.54 | $94,373.54 | $1,912.69 |
| 7 | Burton W. Wiand, as Receiver | 7100-000 | $563,136.91 | $745,865.80 | $745,865.80 | $15,116.60 |
|  | Bernard Press | 7100-000 | $80,000.00 | NA | NA | $0.00 |
|  | Capital One | 7100-000 | $31,675.00 | NA | NA | $0.00 |
|  | Green Tree Acceptance | 7100-000 | $304,000.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| Nissan Infiniti | 7100-000 | $11,400.00 | NA | NA | $0.00 |
| --- | --- | --- | --- | --- | --- |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,217,626.91 | $981,166.51 | $981,166.51 | $19,885.48 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 10-29063 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GILBERT, RALPH J. | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| For the Period Ending: | 9/19/2012 | §341(a) Meeting Date: | 08/31/2010 |
| | | Claims Bar Date: | 01/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash | $1.00 | $1.00 | DA | $0.00 | FA |
| 2  Ordinary assortment of household goods | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 3  Ordinary assortment of books, pictures and artwork | $500.00 | $500.00 | DA | $0.00 | FA |
| 4  Ordinary assortment of men's wearing apparel | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5  Ordinary assortment of men's jewelry | $250.00 | $250.00 | DA | $0.00 | FA |
| 6  Chicago- Tree House 1.3888890% Limited partnership interest - value unknown, substantial capital gains liability if sold | Unknown | $0.00 | DA | $0.00 | FA |
| 7  Pensacola FL 1.6320550% Limited partnership interest - value unknown - substantial capital gains liability if sold | Unknown | $0.00 | DA | $0.00 | FA |
| 8  Windsor Venture 2.0652% Limited partnership interest - value unknown - substantial capital gains liability if sold | Unknown | $0.00 | DA | $0.00 | FA |
| 9  Ralph Gilbert 2004 Trust Account xxxx7931 at Barrington Bank & Trust | $67,995.00 | $63,995.00 | | $64,000.00 | FA |
| 10 Deferred fee sharing arrangement with Baker & McKenzie - value varies based on fees earned from debtor's clients for year end 6/30 | Unknown | $44,574.00 | | $44,574.00 | FA |
| **Asset Notes:** It is income. He gets 85% estate gets 15%. | | | | | |
| 11 2000 BMW 740 iL 103,000 miles - value per Kelly's | $9,580.00 | $7,180.00 | | $2,300.00 | FA |
| **Asset Notes:** vehicle worth less than scheduled | | | | | |
| 12 2004 Honda Odyssey 96,000 miles - per Kelly's | $8,100.00 | $5,250.00 | | $2,300.00 | FA |
| **Asset Notes:** Car over valued, average condition value 4750, clean 5750. Additional cost of prep, towing, storage and sale. | | | | | |
| INT Interest Earned   (u) | Unknown | Unknown | | $36.81 | Unknown |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $89,426.00 | $123,750.00 | | $113,210.81 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit 8

| Case No.: | 10-29063 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GILBERT, RALPH J. | | | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| For the Period Ending: | 9/19/2012 | | | §341(a) Meeting Date: | 08/31/2010 |
| | | | | Claims Bar Date: | 01/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

08/13/2010  Received the non-exempt trust proceeds, need value of honda (8100) and value of wages that debtor draws from firm based on business that came in last hear.

File asset report adjourn meeting. 10.07.10 Settle on figure for cars, get approval.

Spoke to Joe Baldi re remaining funds to be paid to the estate. tor's former employer. There will be another distribution from deb Set of call to discuss details and approval of auto settlements 1.11.11.

01/28/2011  Spoke to Joe Baldi about debtor buying the estate's interest in the 2 vehicles. 1.28.2011
08/12/2011  Motion to settle issue of autos in court 8.23.11 for $8,505.00
09/29/2011  Ava Wynn 2009 tax year liability 916-845-6016 Franchise Tax Board
claim.9.29.11 There are two more payments on debtors' instalment payments and an accountant is needed. 12.8.11

Need to determine whether debtor properly made the half year income tax filing election. 1.20.12

Exchanged e-mails with accountant, attorney and debtor's attorney, Joe Baldi on tax issue. 2.12.

Final report to UST 3.7.12
03/20/2012  Final report in court 4.17.12

Case shows zero balance and i sfinal account ready.6.30.12

Initial Projected Date Of Final Report (TFR): 03/31/2012        Current Projected Date Of Final Report (TFR): 03/15/2012        /s/ HORACE FOX, JR.
                                                                                                                         HORACE FOX, JR.

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-29063 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GILBERT, RALPH J. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1802 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/19/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $100,048.49 | | $100,048.49 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $36.45 | $100,012.04 |
| 08/17/2011 | (10) | Ralph J. Gilbert | Deferred fee between debtor and former Employer. Final fee split coving the months of April- June 2011. | 1121-000 | $8,505.00 | | $108,517.04 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $167.14 | $108,349.90 |
| 09/08/2011 | | Ralph J. Gilbert | Allocated fee between the 2000 BMW and 2004 Honda. | * | $4,600.00 | | $112,949.90 |
| | {11} | | | $2,300.00 | 1129-000 | | $112,949.90 |
| | {12} | | | $2,300.00 | 1129-000 | | $112,949.90 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $186.23 | $112,763.67 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $170.22 | $112,593.45 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $175.83 | $112,417.62 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $181.40 | $112,236.22 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $181.11 | $112,055.11 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $108.22 | $111,946.89 |
| 02/24/2012 | 5002 | Illinois Department of Revenue | Taxes for 2011 | 2820-000 | | $1,463.00 | $110,483.89 |
| 02/24/2012 | 5003 | Department of Tresury | Taxes for 2011 | 2810-000 | | $2,530.00 | $107,953.89 |
| 04/17/2012 | 5004 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $8,910.54 | $99,043.35 |
| 04/17/2012 | 5005 | Belongia Shapiro & Bruce de 'Medici | Final Dividend: 2.99; Amount Allowed: 3,230.00; | 3210-000 | | $3,230.00 | $95,813.35 |
| 04/17/2012 | 5006 | Popowcer Katten LTD | Final Dividend: 1.18; Amount Allowed: 1,280.00; | 3410-000 | | $1,280.00 | $94,533.35 |
| 04/17/2012 | 5007 | Illinois Department of Revenue | Final Claim #: 3; Dividend: 0.46; Amount Allowed: 502.03; | 5800-000 | | $502.03 | $94,031.32 |
| 04/17/2012 | 5008 | Department of the Treasury-IRS | Final Claim #: 4; Dividend: 64.81; Amount Allowed: 69,970.71; | 5800-000 | | $69,970.71 | $24,060.61 |
| 04/17/2012 | 5009 | Franchise Tax Board | Final Claim #: 5; Dividend: 3.86; Amount Allowed: 4,175.13; | 5800-000 | | $4,175.13 | $19,885.48 |
| 04/17/2012 | 5010 | Chase Bank USA, N.A. | Final Claim #: 1; Dividend: 0.75; Amount Allowed: 40,474.61; | 7100-000 | | $820.30 | $19,065.18 |
| 04/17/2012 | 5011 | Chase Bank USA, N.A. | Final Claim #: 2; Dividend: 1.79; Amount Allowed: 95,824.03; | 7100-000 | | $1,942.08 | $17,123.10 |
| | | | **SUBTOTALS** | | $113,153.49 | $96,030.39 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-29063 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GILBERT, RALPH J. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1802 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 6/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/19/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/17/2012 | 5012 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.22 | $17,121.88 |
| | | | Claim Amount $(1.22) | 7100-001 | | | $17,121.88 |
| 04/17/2012 | 5013 | Department of the Treasury-IRS | Final Claim #: 4; Dividend: 0.08; Amount Allowed: 4,301.97; | 7100-000 | | $87.19 | $17,034.69 |
| 04/17/2012 | 5014 | Franchise Tax Board | Final Claim #: 5; Dividend: 0.00; Amount Allowed: 266.44; | 7100-000 | | $5.40 | $17,029.29 |
| 04/17/2012 | 5015 | Fia Card Services, NA/Bank of America | Final Claim #: 6; Dividend: 1.77; Amount Allowed: 94,373.54; | 7100-000 | | $1,912.69 | $15,116.60 |
| 04/17/2012 | 5016 | Burton W. Wiand, as Receiver | Final Claim #: 7; Dividend: 14.00; Amount Allowed: 745,865.80; | 7100-000 | | $15,116.60 | $0.00 |
| | | | **TOTALS:** | | $113,153.49 | $113,153.49 | $0.00 |
| | | | Less: Bank transfers/CDs | | $100,048.49 | $0.00 | |
| | | | Subtotal | | $13,105.00 | $113,153.49 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $13,105.00 | $113,153.49 | |

**For the period of 6/29/2010 to 9/19/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,105.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,105.00 |
| Total Internal/Transfer Receipts: | $100,048.49 |
| | |
| Total Compensable Disbursements: | $113,153.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113,153.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/25/2011 to 9/19/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,105.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,105.00 |
| Total Internal/Transfer Receipts: | $100,048.49 |
| | |
| Total Compensable Disbursements: | $113,153.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113,153.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-29063 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GILBERT, RALPH J. | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1802 | Checking Acct #: | ******9063 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/19/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******9063 | Transfer For Bond Payment | 9999-000 | $57.32 | | $57.32 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $57.32 | $0.00 |

|  |  | TOTALS: | $57.32 | $57.32 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank transfers/CDs | $57.32 | $0.00 | |
| | | Subtotal | $0.00 | $57.32 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | Net | $0.00 | $57.32 | |

| For the period of 6/29/2010 to 9/19/2012 | | For the entire history of the account between 02/17/2011 to 9/19/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $57.32 | Total Internal/Transfer Receipts: | $57.32 |
| | | | |
| Total Compensable Disbursements: | $57.32 | Total Compensable Disbursements: | $57.32 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $57.32 | Total Comp/Non Comp Disbursements: | $57.32 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-29063 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GILBERT, RALPH J. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1802 | | | Money Market Acct #: | ******9063 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/29/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/19/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/05/2010 | (9) | Ralph Gilbert Trust | non-exempt assets, Ralfph Gilbert Trust | 1129-000 | $64,000.00 | | $64,000.00 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.93 | | $64,001.93 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.63 | | $64,004.56 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.72 | | $64,007.28 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.63 | | $64,009.91 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.72 | | $64,012.63 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.72 | | $64,015.35 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.46 | | $64,017.81 |
| 03/01/2011 | (10) | Ralph Gilbert | Deferred fee income from July, August, September, and October 2010. | 1121-000 | $18,045.00 | | $82,062.81 |
| 03/01/2011 | (10) | Ralph Gilbert | Deferred fee income for November and December 2010. | 1121-000 | $9,519.00 | | $91,581.81 |
| 03/02/2011 | | Transfer To # ******9063 | Transfer For Bond Payment | 9999-000 | | $57.32 | $91,524.49 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $3.81 | | $91,528.30 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $3.76 | | $91,532.06 |
| 05/18/2011 | (10) | Ralph J. Gilbert | Deferred Fee income from former employer, Baker & McKenzie | 1121-000 | $8,505.00 | | $100,037.06 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $4.03 | | $100,041.09 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $4.11 | | $100,045.20 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $3.29 | | $100,048.49 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $100,048.49 | $0.00 |

| | | | | **SUBTOTALS** | $100,105.81 | $100,105.81 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-29063 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GILBERT, RALPH J. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1802 | | | Money Market Acct #: | ******9063 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/29/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/19/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $100,105.81 | $100,105.81 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $100,105.81 | |
| | | | **Subtotal** | | $100,105.81 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $100,105.81 | $0.00 | |

For the period of **6/29/2010** to **9/19/2012**            For the entire history of the account between **08/05/2010** to **9/19/2012**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $100,105.81 | Total Compensable Receipts: | $100,105.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,105.81 | Total Comp/Non Comp Receipts: | $100,105.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $100,105.81 | Total Internal/Transfer Disbursements: | $100,105.81 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 10-29063 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GILBERT, RALPH J. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******1802 | | Money Market Acct #: | ******9063 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/19/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $113,210.81 | $113,210.81 | $0.00 |

**For the period of 6/29/2010 to 9/19/2012**

| | |
|---|---|
| Total Compensable Receipts: | $113,210.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $113,210.81 |
| Total Internal/Transfer Receipts: | $100,105.81 |
| | |
| Total Compensable Disbursements: | $113,210.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113,210.81 |
| Total Internal/Transfer Disbursements: | $100,105.81 |

**For the entire history of the case between 06/29/2010 to 9/19/2012**

| | |
|---|---|
| Total Compensable Receipts: | $113,210.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $113,210.81 |
| Total Internal/Transfer Receipts: | $100,105.81 |
| | |
| Total Compensable Disbursements: | $113,210.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113,210.81 |
| Total Internal/Transfer Disbursements: | $100,105.81 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.